06/02/2021 21:00 FAX             ☑002



**FILED**

06/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0055

\* \* \* \* \* \*

| | | |
|---|---|---|
| STATE OF MONTANA | ) | **FILED** |
| | ) | |
| Plaintiff Appellee, | ) | JUN 0 3 2021 |
| | ) | Bowen Greenwood |
| -vs- | ) | Clerk of Supreme Court |
| | ) | State of Montana |
| RANDY S. LAEDEKE, | ) | |
| | ) | |
| Defendant Appellant. | ) | |

ORDER GRANTING

MOTION FOR
EXTENSION OF TIME TO FILE
APPELLANT'S OPENING BRIEF

\* \* \* \* \*

**Appellant has filed a motion** for a 30 day extension of time to Friday July 2, 2021, to file and serve his OPENING BRIEF in the above entitled case due to being required to be out of state to work for an extended period of time and lack funds to secure necessary transcripts for this appeal. For good cause shown;

IT IS HEREBY ORDERED THAT Appellant's motion is granted and Appellant's OPENING Brief is now due on or before Friday, July 2, 2021.

Dated this ____3____ day of June, 2021.

By _____